### 14822.    PEW v. THE STATE.

LUKE, J.    The defendant, a negro, was convicted of the offense of assault
with intent to rape upon a white child. His case is here upon the
sole assignment of error that the verdict was unauthorized by the evi-
dence. The verdict was fully authorized, and the court properly over-
ruled the motion for a new trial.

   *Judgment affirmed.    Broyles, C. J., and Bloodworth, J., concur.*

   DECIDED NOVEMBER 14, 1923.

   Conviction of assault with intent to rape; from Bibb superior
court—Judge Mathews.    June 23, 1923.

   *E. Capers Palmer, Hubert F. Rawls,* for plaintiff in error.

   *Charles H. Garrett, solicitor-general,* contra.